## (March 27, 1940.)

In the Matter of the Application of ALFRED E. SMITH, JR., a Candidate Aggrieved, Petitioner, Appellant, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, and JOHN T. EAGAN and JAMES H. FAY, Designees, as Delegates to the Democratic National Convention, and LORETTA BONNER and DELLA McCARRON, Designees for Alternates to the Democratic National Convention, Respondents, for an Order Declaring Invalid the Petitions Purporting to Designate the said JOHN T. EAGAN, JAMES H. FAY, LORETTA BONNER and DELLA McCARRON as Such Candidates Aforementioned, and for Other and Further Relief.— Order unanimously affirmed, without costs. Leave to appeal to the Court of Appeals granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of FRANCESCO SCOLERI for the Determination by the Court as to the Designation of CHARLES H. HUSSEY and Others, as a Committee to Fill Vacancies Named in the Petition Known as the "Hubbard Petition," and Purporting to Designate Candidates for Members of the Democratic State Committee of the Democratic Party, to Wit: H. WARREN HUBBARD and ADELE SAYPOL, from, in and for the 18th Assembly District, New York County. [FRANCESCO SCOLERI, Appellant.] — Order unanimously affirmed, without costs. Leave to appeal to the Court of Appeals granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of CORNELIUS F. MALVEY and MARY OSBORN for an Order Directing the BOARD OF ELECTIONS to Include the Names of Each of Them as Candidates for the Office of Male and Female Member, Respectively, of the Republican State Committee, from the Second Assembly District, Bronx County, upon the Printed Ballots for the Republican Party Primary, to Be Held April 2nd, 1940. [CORNELIUS F. MALVEY and MARY OSBORN, Appellants.] — Order unanimously reversed, without costs, and the motion granted. There is nothing in the Election Law which requires that the signature of a witness appearing on a nominating petition shall be identical in form with the signature appearing on the registration book. Identity of person is all that is required. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (March 29, 1940.)

STEBELL REALTY CORPORATION and NORMART HOLDING CORPORATION, Appellants, v. PECHTER BAKING CO., INC., and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD S. MORAN, JR., Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

BARBARA LALIK, Appellant, v. HENRIETTA ARON, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

DAVID BERNARD FRANK, an Infant, by MORRIS FRANK, His Guardian ad Litem, and MORRIS FRANK and ANNA FRANK, Respondents, v. WEDGEWOOD REALTY